UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| J.R.L., a Minor, by and through his Mother and Next Friend, CRYSTAL DAWN LEE, and CRYSTAL DAWN LEE and ROBERT LEE, Individually,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>UNITED STATES OF AMERICA[1], et al.,<br><br>　　　　Defendant(s). | Case No. 2:07CV34 JCH |

## ORDER

This matter is before the Court on Defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed September 4, 2007. (Doc. No. 7). Plaintiffs do not oppose the motion. (Doc. No. 12).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. No. 7) is **GRANTED**, and this matter is **DISMISSED** without prejudice.[2]  A separate Order of Dismissal will accompany this Order.

Dated this 27th day of September, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Jean C. Hamilton
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] In an Order entered August 31, 2007, the United States of America was substituted for Ralph Boling, D.O., as Defendant in this matter. (Doc. No. 6).

[2] In light of the above ruling, the Court lacks jurisdiction to rule on Defendant Northeast Regional Medical Center's Motion to Dismiss for Failure to State a Claim. (Doc. No. 9).